## UNITED STATES BANKRUPTCY COURT
### NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JAMIL POINTER | § | Case No. 11-28648 |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 07/12/2011 .   The undersigned trustee was appointed on .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                       $           3,900.28

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 45.81 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]                       $           3,854.47

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  06/28/2012  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 975.07 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 975.07 , for a total compensation of $ 975.07 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: __11/07/2012_____   By:/s/Gregg Szilagyi_____
                                                   Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page:    1

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:    11-28648    JBS    Judge:    Jack B. Schmetterer
Case Name:    JAMIL POINTER
For Period Ending: 11/07/12

Trustee Name:    Gregg Szilagyi
Date Filed (f) or Converted (c):    07/12/11 (f)
341(a) Meeting Date:    08/11/11
Claims Bar Date:    06/28/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family home located at 442 Marquette Ave. in Calumet | 12,572.00 | 0.00 | | 0.00 | |
| 2 | checking and savings at Citibank | 900.00 | 0.00 | | 0.00 | |
| 3 | miscellaneous household furniture, furnishings, goods & appl | 700.00 | 0.00 | | 0.00 | |
| 4 | necessary wearing apparel | 500.00 | 0.00 | | 0.00 | |
| 5 | life insurance policy through work | 0.00 | 0.00 | | 0.00 | |
| 6 | pension plan through work | 3,000.00 | 0.00 | | 0.00 | |
| 7 | 87 shares of UPS stock which becomes eligible for liquidatio | 0.00 | 0.00 | | 3,900.00 | |
| 8 | 2006 Cadillac STS | 13,000.00 | 0.00 | | 0.00 | |
| 9 | 2004 Jeep Grand Cherokee | 3,000.00 | 0.00 | | 0.00 | |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.28 | |

TOTALS (Excluding Unknown Values)    $33,672.00    $0.00    $3,900.28

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):    06/30/12    Current Projected Date of Final Report (TFR):    / /

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-28648
Case Name: JAMIL POINTER
Taxpayer ID No: XX-XXX5305
For Period Ending: 11/07/12

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX9431 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/11 | 7 | POINTER, JAMIL | LIQUIDATION OF UPS STOCK | 1129-000 | 3,900.00 | | 3,900.00 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,900.01 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,900.04 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.81 | 3,895.23 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,895.26 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.11 | 3,890.15 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,890.18 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.62 | 3,885.56 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,885.59 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.78 | 3,880.81 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,880.84 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.93 | 3,875.91 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,875.94 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.92 | 3,871.02 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,871.05 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.60 | 3,866.45 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,866.48 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.07 | 3,861.41 |
| 08/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,861.44 |
| 08/30/12 | | Transfer to Acct#XXXXXX5559 | Transfer of Funds | 9999-000 | | 3,856.85 | 4.59 |
| 08/30/12 | | Bank of America | | 2600-000 | | 4.59 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 3,900.28 | 3,900.28 |
| Less: Bank Transfers/CD's | 0.00 | 3,856.85 |
| Subtotal | 3,900.28 | 43.43 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 3,900.28 | 43.43 |

Page Subtotals   3,900.28   3,900.28

Page: 2
Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-28648
Case Name: JAMIL POINTER
Taxpayer ID No: XX-XXX5305
For Period Ending: 11/07/12

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5559 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/30/12 | | Transfer from Acct#XXXXXX9431 | Transfer of Funds | 9999-000 | 3,856.85 | | 3,856.85 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.38 | 3,854.47 |

| | Deposits ($) | Disbursements ($) | |
|---|---|---|---|
| COLUMN TOTALS | 3,856.85 | 2.38 | 3,854.47 |
| Less: Bank Transfers/CD's | 3,856.85 | 0.00 | |
| Subtotal | 0.00 | 2.38 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 0.00 | 2.38 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9431 | 3,900.28 | 43.43 | 0.00 |
| Checking Acccount - XXXXXX5559 | 0.00 | 2.38 | 3,854.47 |
| TOTAL OF ALL ACCOUNTS | 3,900.28 | 45.81 | 3,854.47 |
| | (Excludes account transfers) | (Excludes payments to debtors) | |

Total Allocation Receipts: 0.00
Total Net Deposits: 3,900.28
Total Gross Receipts: 3,900.28

Page Subtotals:   3,856.85   2.38

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 11-28648
Debtor Name: POINTER, JAMIL
Claims Bar Date: 06/28/12

Date: November 7, 2012

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | Administrative | | $0.00 | $975.07 | $975.07 |
| 100 2200 | Gregg Szilagyi 542 South Dearborn Street Suite 1060 Chicago, Illinois 60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $1,125.42 | $1,125.42 |
| 2 300 7100 | Ally Financial c/o Ally Servicing LLC P.O. Box 130424 Roseville, MN 55113 | Unsecured | | $0.00 | $13,008.08 | $13,008.08 |
| | Case Totals | | | $0.00 | $15,108.57 | $15,108.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-28648
Case Name: JAMIL POINTER
Trustee Name: Gregg Szilagyi

Balance on hand                                  $          3,854.47

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $          975.07 | $          0.00 | $          975.07 |

Total to be paid for chapter 7 administrative expenses          $          975.07

Remaining Balance          $          2,879.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,133.50  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 1,125.42 | $ 0.00 | $ 229.28 |
| 2 | Ally Financial | $ 13,008.08 | $ 0.00 | $ 2,650.12 |

Total to be paid to timely general unsecured creditors          $                     2,879.40

Remaining Balance                                              $                          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE