Case 11-28648   Doc 36   Filed 11/08/12   Entered 11/10/12 23:31:42   Desc Imaged
                 Certificate of Notice   Page 1 of 7


...


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| JAMIL POINTER | § | Case No. 11-28648 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 12/20/2012 in Courtroom 682,
        United States Courthouse
        219 S. Dearborn St. Chgo, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/07/2012        By: Gregg Szilagyi
                                                  Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
JAMIL POINTER § Case No. 11-28648
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---:|---:|
| The Final Report shows receipts of | $ | 3,900.28 |
| and approved disbursements of | $ | 45.81 |
| leaving a balance on hand of[1] | $ | 3,854.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Gregg Szilagyi | $ 975.07 | $ 0.00 | $ 975.07 |
| Total to be paid for chapter 7 administrative expenses | | $ | 975.07 |
| Remaining Balance | | $ | 2,879.40 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,133.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $ 1,125.42 | $ 0.00 | $ 229.28 |
| 2 | Ally Financial | $ 13,008.08 | $ 0.00 | $ 2,650.12 |
| | Total to be paid to timely general unsecured creditors | | $ | 2,879.40 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

                                                                    Trustee


*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                        Case No. 11-28648-JBS
Jamil Pointer                                                 Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1         User: rgreen               Page 1 of 3         Date Rcvd: Nov 08, 2012
                             Form ID: pdf006            Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2012.
db         +Jamil Pointer,    3846 S. Vincennes,    #201,   Chicago, IL 60653-1922
17530883    Adventist LaGrange Memorial,    P.O. Box 9234,    Oak Brook, IL 60522-9234
17530886    Adventist LaGrange Memorial Hospita,    c/o NACS,    P.O. Box 18221,    Chattanooga, TN 37422-7221
17530884    Adventist LaGrange Memorial Hospita,    75 Remittance Drive,    Ste. 3204,   Chicago, IL 60675-3204
18112919    Chase Bank USA, N.A.,    PO Box 15145,   Wilmington, DE 19850-5145
17530888    Chase Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
17530890   +City of Chicago,    c/o Arnold Scott Harris,    600 W. Jackson, Ste. 720,    Chicago, IL 60661-5683
17530891   +City of Chicago Dept. of Revenue,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
             Chicago, IL 60604-3951
17530893   +DuPage Medical Group,    1100 W. 31st St.,   Downers Grove, IL 60515-5509
17530894   +DuPage Pathology Assoc.,    520 E. 22nd St.,    Lombard, IL 60148-6110
17530895   +Emergency Healthcare Physicians,    c/o Medical Business Bureau,    1460 Renaissance Drive,
             Park Ridge, IL 60068-1331
17530897   +Illinois State Toll Highway Authori,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
17530899    Ingalls Memorial Hospital,    P.O. Box 5435,   Carol Stream, IL 60197-5435
17530900   +J.P. Morgan Chase,    c/o AWA Collections,   P.O. Box 5545,    Orange, CA 92863-5545
17530901   +Law Offices of Charles Conner,    439 E. 31st St.,    Ste. 208,   Chicago, IL 60616-4474
17530902   +Metro Center for Health,    901 McClintock Drive,    Ste. 202,   Willowbrook, IL 60527-0872
17607035   +Shawnda Pointer,    442 Marquette Ave,   Calumet City, IL 60409-2322
17530906   +St. Margaret Mercy Hospital,    c/o Acct. Recov.,    555 Van Reed Rd.,    Reading, PA 19610-1756
17530905    St. Margaret Mercy Hospital,    c/o Mutual Hospital Collect,    2525 N. Shadeland Ave., Ste. 101,
             Indianapolis, IN 46219-1794
17530907   +Suburban Cardiologists,    333 Chestnut Street,    Hinsdale, IL 60521-0502
17530908    Suburban Radiologists,    1446 Momentum Place,    Chicago, IL 60689-5314
17530909   +THD/CBSD,    P.O. Box 6497,   Sioux Falls, SD 57117-6497
17530910   +University of Chicago Medical Cente,    15965 Collections Center Drive,    Chicago, IL 60693-0159
17530911    University of Chicago Physicians Gr,    75 Remittance Drive,    Ste. 1385,   Chicago, IL 60675-1385
17530913    Wells Fargo/Autovest, LLC,    c/o Central Credit Services,    P.O. 15118,
             Jacksonville, FL 32239-5118
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17530887    E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2012 00:44:20     Ally,   P.O. Box 380902,
             Minneapolis, MN 55438-0902
18184354   +E-mail/Text: ally@ebn.phinsolutions.com Nov 09 2012 00:44:20     Ally Financial,
             c/o Ally Servicing LLC,    P.O. Box 130424,   Roseville, MN 55113-0004
17741941   +E-mail/Text: sofie.skalicky@atipt.com Nov 09 2012 00:45:19    Athletic & Therapeutic Inst.,
             790 Remington Blvd,    Bolingbrook, IL 60440-4909
17530896   +E-mail/PDF: gecsedi@recoverycorp.com Nov 09 2012 00:53:39    GEMB/JCP,    P.O. Box 981402,
             El Paso, TX 79998-1402
17530898    Fax: 847-227-2151 Nov 09 2012 01:57:06    Ingalls Memorial Hospital,
             c/o Medical Recovery Specialists,    2250 E. Devon, Ste. 352,   Des Plaines, IL 60018-4519
17775269    E-mail/Text: ECF@SHERMETA.COM Nov 09 2012 00:46:56    JPMorgan Chase Bank, N.A.,
             c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,   Rochester Hills, MI  48308-0908
17530903   +E-mail/Text: bankruptcydepartment@ncogroup.com Nov 09 2012 00:47:20     NCO Financial,
             507 Prudential Rd.,    Horsham, PA 19044-2368
17530904   +E-mail/Text: bknotice@erccollections.com Nov 09 2012 00:46:44     Sprint,   c/o Enhanced Recovery,
             8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
17530912   +E-mail/Text: clerical.department@yahoo.com Nov 09 2012 00:44:04     Wellgroup Health Partners,
             c/o Creditors Collection,    755 Almar Parkway,    Bourbonnais, IL 60914-2392
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17598467*    Adventist LaGrange Memorial,    P.O. Box 9234,    Oak Brook, IL 60522-9234
17598470*    Adventist LaGrange Memorial Hospita,    c/o NACS,    P.O. Box 18221,    Chattanooga, TN 37422-7221
17530885*    Adventist LaGrange Memorial Hospita,    75 Remittance Drive,    Ste. 3204,   Chicago, IL 60675-3204
17598468*    Adventist LaGrange Memorial Hospita,    75 Remittance Drive,    Ste. 3204,   Chicago, IL 60675-3204
17598469*    Adventist LaGrange Memorial Hospita,    75 Remittance Drive,    Ste. 3204,   Chicago, IL 60675-3204
17598471*    Ally,   P.O. Box 380902,   Minneapolis, MN 55438-0902
17598472*    Chase Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
17598473*   +Citimortgage,    P.O. Box 9438,   Gaithersburg, MD 20898-9438
17607036*   +Citimortgage,    POB 9438,   Gaithersburg, MD 20898-9438
17741963*   +City of Chicago,    c/o Arnold Scott Harris,    600 W. Jackson Ste. 720,    Chicago, IL 60661-5683
17598474*   +City of Chicago,    c/o Arnold Scott Harris,    600 W. Jackson, Ste. 720,    Chicago, IL 60661-5683
17530892*   +City of Chicago Dept. of Revenue*,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
             Chicago, IL 60604-3951
17598475*   +City of Chicago Dept. of Revenue*,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
             Chicago, IL 60604-3951
17598476*   +City of Chicago Dept. of Revenue*,    Bureau of Parking-Bankruptcy,    333 S. State St., Ste. 540,
             Chicago, IL 60604-3951
17598477*   +DuPage Medical Group,    1100 W. 31st St.,   Downers Grove, IL 60515-5509
17598478*   +DuPage Pathology Assoc.,    520 E. 22nd St.,    Lombard, IL 60148-6110
17598479*   +Emergency Healthcare Physicians,    c/o Medical Business Bureau,    1460 Renaissance Drive,
             Park Ridge, IL 60068-1331
17598480*   +GEMB/JCP,    P.O. Box 981402,   El Paso, TX 79998-1402
```

```
District/off: 0752-1           User: rgreen              Page 2 of 3                   Date Rcvd: Nov 08, 2012
                               Form ID: pdf006           Total Noticed: 34


             ***** BYPASSED RECIPIENTS (continued) *****
17598481*     +Illinois State Toll Highway Authori,    2700 Ogden Avenue,    Downers Grove, IL 60515-1703
17742003*     +Ingalls Memorial Hospital,    c/o Medical Recovery Specialists,    2250 E. Devon, Ste. 352,
               Des Plaines, IL 60018-4521
17598482*      Ingalls Memorial Hospital,    c/o Medical Recovery Specialists,    2250 E. Devon, Ste. 352,
               Des Plaines, IL 60018-4519
17598483*      Ingalls Memorial Hospital,    P.O. Box 5435,    Carol Stream, IL 60197-5435
17598484*     +J.P. Morgan Chase,    c/o AWA Collections,    P.O. Box 5545,    Orange, CA 92863-5545
17776544*      JPMorgan Chase Bank, N.A.,     c/o Shermeta, Adams & Von Allmen, P.C.,    P.O. Box 80908,
               Rochester Hills, MI  48308-0908
17598485*     +Law Offices of Charles Conner,    439 E. 31st St.,    Ste. 208,    Chicago, IL 60616-4474
17598486*     +Metro Center for Health,    901 McClintock Drive,    Ste. 202,    Willowbrook, IL 60527-0872
17598487*     +NCO Financial,    507 Prudential Rd.,    Horsham, PA 19044-2368
17598488*     +Sprint,    c/o Enhanced Recovery,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
17598490*     +St. Margaret Mercy Hospital,    c/o Acct. Recov.,    555 Van Reed Rd.,    Reading, PA 19610-1756
17598489*      St. Margaret Mercy Hospital,    c/o Mutual Hospital Collect,    2525 N. Shadeland Ave., Ste. 101,
               Indianapolis, IN 46219-1794
17598491*     +Suburban Cardiologists,    333 Chestnut Street,    Hinsdale, IL 60521-0502
17598492*      Suburban Radiologists,    1446 Momentum Place,    Chicago, IL 60689-5314
17598493*     +THD/CBSD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
17598494*     +University of Chicago Medical Cente,    15965 Collections Center Drive,    Chicago, IL 60693-0159
17598495*      University of Chicago Physicians Gr,    75 Remittance Drive,    Ste. 1385,    Chicago, IL 60675-1385
17598496*     +Wellgroup Health Partners,    c/o Creditors Collection,    755 Almar Parkway,
               Bourbonnais, IL 60914-2392
17598497*      Wells Fargo/Autovest, LLC,    c/o Central Credit Services,    P.O. 15118,
               Jacksonville, FL 32239-5118
17530889    ##+Citimortgage,    P.O. Box 9438,    Gaithersburg, MD 20898-9438
                                                                                              TOTALS: 0, * 37, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 10, 2012**                         **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1           User: rgreen                Page 3 of 3                   Date Rcvd: Nov 08, 2012
                               Form ID: pdf006             Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2012 at the address(es) listed below:
         Gregg  Szilagyi    gs@tailserv.com,  gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Timothy H. Spruce    on behalf of Debtor Jamil Pointer tspruce@financialrelief.com,
      yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com
                                                                           TOTAL: 3