UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
JAMIL POINTER § Case No. 11-28648
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Gregg Szilagyi_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Ally P.O. Box 380902 Minneapolis, MN 55438-0902 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Bank of America | | | | | |
| Associated Bank | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adventist LaGrange Memorial Hospita 75 Remittance Drive Ste. | | | | | |
| | Adventist LaGrange Memorial Hospita 75 Remittance Drive Ste. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Adventist LaGrange Memorial Hospita c/o NACS P.O. Box 18221 |  |  |  |  |  |
|  | Adventist LaGrange Memorial P.O. Box 9234 Oak Brook, IL 6052 |  |  |  |  |  |
| 2 | Ally Financial |  |  |  |  |  |
|  | Athletic & Therapeutic Inst. 790 Remington Blvd Bolingbrook, |  |  |  |  |  |
| 1 | Chase Bank USA, N.A. |  |  |  |  |  |
|  | Chase Cardmember Service P.O. Box 15153 Wilmington, DE 19886 |  |  |  |  |  |
|  | Citimortgage P.O. Box 9438 Gaithersburg, MD 20898 |  |  |  |  |  |
|  | City of Chicago Dept. of Revenue* Bureau of Parking-Bankrupt |  |  |  |  |  |
|  | City of Chicago Dept. of Revenue* Bureau of Parking-Bankrupt |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | City of Chicago c/o Arnold Scott Harris 600 W. Jackson, Ste. |  |  |  |  |  |
|  | DuPage Medical Group 1100 W. 31st St. Downers Grove, IL 6051 |  |  |  |  |  |
|  | DuPage Pathology Assoc. 520 E. 22nd St. Lombard, IL 60148 |  |  |  |  |  |
|  | Emergency Healthcare Physicians c/o Medical Business Bureau |  |  |  |  |  |
|  | GEMB/JCP P.O. Box 981402 El Paso, TX 79998 |  |  |  |  |  |
|  | Illinois State Toll Highway Authori 2700 Ogden Avenue Downer |  |  |  |  |  |
|  | Ingalls Memorial Hospital P.O. Box 5435 Carol Stream, IL 601 |  |  |  |  |  |
|  | Ingalls Memorial Hospital c/o Medical Recovery Specialists 2 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J.P. Morgan Chase c/o AWA Collections P.O. Box 5545 Orange, | | | | | |
| | Law Offices of Charles Conner 439 E. 31st St. Ste. 208 Chica | | | | | |
| | Metro Center for Health 901 McClintock Drive Ste. 202 Willow | | | | | |
| | NCO Financial 507 Prudential Rd. Horsham, PA 19044-2308 | | | | | |
| | Sprint c/o Enhanced Recovery 8014 Bayberry Rd. Jacksonville, | | | | | |
| | St. Margaret Mercy Hospital c/o Acct. Recov. 555 Van Reed Rd | | | | | |
| | St. Margaret Mercy Hospital c/o Mutual Hospital Collect 2525 | | | | | |
| | Suburban Cardiologists 333 Chestnut Street Hinsdale, IL 6052 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Suburban Radiologists 1446 Momentum Place Chicago, IL 60689- | | | | | |
| | THD/CBSD P.O. Box 6497 Sioux Falls, SD 57117 | | | | | |
| | University of Chicago Medical Cente 15965 Collections Center | | | | | |
| | University of Chicago Physicians Gr 75 Remittance Drive Ste. | | | | | |
| | Wellgroup Health Partners c/o Creditors Collection 755 Almar | | | | | |
| | Wells Fargo/Autovest, LLC c/o Central Credit Services P.O. 1 | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Page: 1

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-28648 | JBS | Judge: | Jack B. Schmetterer | | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|---|---|
| Case Name: | JAMIL POINTER | | | | | Date Filed (f) or Converted (c): | 07/12/11 (f) |
| | | | | | | 341(a) Meeting Date: | 08/11/11 |
| For Period Ending: 08/07/13 | | | | | | Claims Bar Date: | 06/28/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | single family home located at 442 Marquette Ave. in Calumet | 12,572.00 | 0.00 | | 0.00 | 0.00 |
| 2 | checking and savings at Citibank | 900.00 | 0.00 | | 0.00 | 0.00 |
| 3 | miscellaneous household furniture, furnishings, goods & appl | 700.00 | 0.00 | | 0.00 | 0.00 |
| 4 | necessary wearing apparel | 500.00 | 0.00 | | 0.00 | 0.00 |
| 5 | life insurance policy through work | 0.00 | 0.00 | | 0.00 | 0.00 |
| 6 | pension plan through work | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7 | 87 shares of UPS stock which becomes eligible for liquidatio | 0.00 | 0.00 | | 3,900.00 | FA |
| 8 | 2006 Cadillac STS | 13,000.00 | 0.00 | | 0.00 | 0.00 |
| 9 | 2004 Jeep Grand Cherokee | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.28 | Unknown |
| | TOTALS (Excluding Unknown Values) | $33,672.00 | $0.00 | | $3,900.28 | Gross Value of Remaining Assets $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12      Current Projected Date of Final Report (TFR):  / /

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 11-28648  
Case Name: JAMIL POINTER  
Taxpayer ID No: XX-XXX5305  
For Period Ending: 08/07/13  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX9431 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/11 | 7 | POINTER, JAMIL | LIQUIDATION OF UPS STOCK | 1129-000 | 3,900.00 | | 3,900.00 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.01 | | 3,900.01 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,900.04 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.81 | 3,895.23 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,895.26 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.11 | 3,890.15 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,890.18 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.62 | 3,885.56 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,885.59 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.78 | 3,880.81 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,880.84 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.93 | 3,875.91 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,875.94 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.92 | 3,871.02 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,871.05 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 4.60 | 3,866.45 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.03 | | 3,866.48 |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | 5.07 | 3,861.41 |
| 08/30/12 | INT | Bank of America | | 1270-000 | 0.03 | | 3,861.44 |
| 08/30/12 | | Transfer to Acct#XXXXXX5559 | Transfer of Funds | 9999-000 | | 3,856.85 | 4.59 |
| 08/30/12 | | Bank of America | | 2600-000 | | 4.59 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,900.28 | 3,900.28 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 3,856.85 | |
| Subtotal | 3,900.28 | 43.43 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 3,900.28 | 43.43 | |

Page Subtotals 3,900.28 3,900.28

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 11-28648
Case Name: JAMIL POINTER
Taxpayer ID No: XX-XXX5305
For Period Ending: 08/07/13

Trustee Name: Gregg Szilagyi
Bank Name: Associated Bank
Account Number/CD#: XXXXXX5559 - Checking Acccount
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/30/12 | | Transfer from Acct#XXXXXX9431 | Transfer of Funds | 9999-000 | 3,856.85 | | 3,856.85 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | 2.38 | 3,854.47 |
| 12/20/12 | 001002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of per court order.) | 2100-000 | | 975.07 | 2,879.40 |
| 12/20/12 | 001003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | (Final distribution to Claim 1, representing a Payment of 20.37% per court order.) | 7100-000 | | 229.28 | 2,650.12 |
| 12/20/12 | 001004 | Ally Financial<br>c/o Ally Servicing LLC<br>P.O. Box 130424<br>Roseville, MN 55113 | (Final distribution to Claim 2, representing a Payment of 20.37% per court order.) | 7100-000 | | 2,650.12 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 3,856.85 | 3,856.85 | 0.00 |
| Less: Bank Transfers/CD's | | 3,856.85 | 0.00 | |
| Subtotal | | 0.00 | 3,856.85 | |
| Less: Payments to Debtors | | 0.00 | 0.00 | |
| Net | | 0.00 | 3,856.85 | |

| TOTAL OF ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXX9431 | 3,900.28 | 43.43 | 0.00 |
| Checking Acccount - XXXXXX5559 | 0.00 | 3,856.85 | 0.00 |
| | 3,900.28 | 3,900.28 | 0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Total Allocation Receipts: 0.00
Total Net Deposits: 3,900.28
Total Gross Receipts: 3,900.28

Page Subtotals    3,856.85    3,856.85